*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-7117-GHK(Ex) | Date | December 22, 2016 |
|---|---|---|---|
| Title | SENSA PRODUCTS, LLC vs. ALAN HIRSCH | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

On June 8, 2016, we issued our scheduling order in which we directed the parties to comply with Local Rule 16-15 by no later than December 19, 2016. We specifically ordered the parties to "ensure that they clear a date for settlement conference with Magistrate Judge Charles Eick that complies with the foregoing deadline." We further ordered counsel to file a joint status report with the court within 48 hours of termination of settlement discussions.

It appears that no activities have occurred in this case since June 16, 2016 when Plaintiff filed its initial disclosures (Dkt. No. 28). We are advised that the parties have failed to clear a date for settlement conference with Judge Eick by December 19, 2016, or any at all. In fact, to date there has been no settlement conference before Judge Eick. Moreover, no post-settlement conference joint status report has been filed.

Accordingly, Plaintiff and its counsel and defendant Alan Hirsch, in pro per, shall all SHOW CAUSE, in writing, within 10 days hereof, why each should not be sanctioned for its/his failure to comply with our June 8, 2016 scheduling order as set forth above. Failure to timely and adequately show cause as required herein will result in the imposition of an appropriate sanction against the offending party or counsel, including terminating sanctions against the plaintiff, the entry of default against the defendant, and/or an appropriate monetary sanction against the offending party or counsel.

IT IS SO ORDERED.