**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Michael R. Adele, State Bar No. 138339
madele@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone  714-966-1000
Facsimile   714-966-1002

Attorneys for Plaintiff,
Sensa Products (assignment for the benefit of creditors), LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENSA PRODUCTS (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC, | Case No. 2:15-cv-07117 VAP (Ex) |
| Plaintiff, | **STIPULATION TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)** |
| v. | **[No Hearing Required]** |
| ALAN HIRSCH, | |
| Defendant. | |

**TO THE HONORABLE VIRGINIA A. PHILLIPS, CHIEF U.S. DISTRICT JUDGE:**

Plaintiff Sensa Products (assignment for the benefit of creditors), LLC (the "Plaintiff") and Alan Hirsch (the "Defendant") (collectively, the "Parties"), hereby enter into this stipulation (the "Stipulation"), based upon the following:

**RECITALS**

**WHEREAS** on September 9, 2015, the Defendant filed a notice of removal [Docket No. 1] from Los Angeles Superior Court, case number BC581772 (the "Complaint");

**WHEREAS** on February 1, 2016, the Defendant filed a motion to dismiss (the "Motion to Dismiss") Plaintiff's fifth cause of action to the Complaint [Docket No. 15].  The Plaintiff did not oppose the Motion to Dismiss, and on March 2, 2016, the Court dismissed the fifth cause of action of the Complaint [Docket No. 17];

**WHEREAS** on March 23, 2016, the Defendant filed his answer to the Complaint [Docket No. 18];

**WHEREAS** pursuant to an order entered by the Court on May 2, 2016, the Defendant was authorized to substitute himself in as his attorney of record, Pro Se [Docket No. 23];

**WHEREAS** jury trial is scheduled for March 14, 2017; and

**WHEREAS** the Plaintiff and Defendant have agreed to voluntarily dismiss the Complaint, in its entirety, with prejudice to avoid the Parties effort and expense preparing for trial.

/ /

/ /

/ /

/ /

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

## STIPULATION

Subject to a confirming order of the Court, the Parties stipulate as follows:

    1.    The Complaint shall be dismissed, in its entirety, with prejudice.

Dated: January 27, 2017

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
    William N. Lobel
    Michael R. Adele
    Beth E. Gaschen
Counsel for Plaintiff, Sensa Products (assignment for the benefit of creditors), LLC

Dated: January 26 2017

By: _____
    Alan Hirsch, Pro Se

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

## DECLARATION OF MICHAEL R. ADELE

I, Michael R. Adele, declare as follows:

1.      I am an attorney at law duly licensed to practice before this Court and the Courts of California.  I am of counsel with the law firm Lobel Weiland Golden Friedman LLP, counsel for the Plaintiff.  The following is within my own personal knowledge, and if called upon as a witness, I could and would testify competently with respect thereto.  I am submitting this declaration in support of the Stipulation[1].

2.      On September 9, 2015, the Defendant filed a notice of removal [Docket No. 1] from Los Angeles Superior Court, case number BC581772 (the "Complaint");

3.      On February 1, 2016, the Defendant filed a motion to dismiss (the "Motion to Dismiss") Plaintiff's fifth cause of action to the Complaint [Docket No. 15].  The Plaintiff did not oppose the Motion to Dismiss, and on March 2, 2016, the Court dismissed the fifth cause of action of the Complaint [Docket No. 17];

4.      On March 23, 2016, the Defendant filed his answer to the Complaint [Docket No. 18];

5.      Pursuant to an order entered by the Court on May 2, 2016, the Defendant was authorized to substitute himself in as his attorney of record, Pro Se [Docket No. 23];

6.      Jury trial is scheduled for March 14, 2017.

/ /

/ /

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Stipulation.

7.    The Plaintiff and Defendant have agreed to voluntarily dismiss the Complaint, in its entirety, with prejudice to avoid the Parties effort and expense preparing for trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of January 2017, at Costa Mesa, California.

Michael R. Adele

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002