1  **LOBEL WEILAND GOLDEN FRIEDMAN LLP**
   William N. Lobel, State Bar No. 93202
2  wlobel@lwgfllp.com
   Michael R. Adele, State Bar No. 138339
3  madele@lwgfllp.com
   Beth E. Gaschen, State Bar No. 245894
4  bgaschen@lwgfllp.com
   650 Town Center Drive, Suite 950
5  Costa Mesa, California 92626
   Telephone  714-966-1000
6  Facsimile   714-966-1002

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 31, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY:     BH       DEPUTY

7  Attorneys for Plaintiff,
   Sensa Products (assignment for the benefit of creditors), LLC
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENSA PRODUCTS (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC, | Case No. 2:15-cv-07117 VAP (Ex) |
| Plaintiff, | **[PROPOSED]** ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2) |
| v. | |
| ALAN HIRSCH, et al., | |
| Defendant. | |

20     Sensa Products (assignment for the benefit of creditors), LLC and Alan

21  Hirsch having entered into a *Stipulation to Voluntarily Dismiss Complaint*

22  *Pursuant to F.R.C.P. 41(a)(2)* (the "Stipulation")[1], which was filed with the

23  Court on January 27, 2017, Docket Entry No. 34 and good cause appearing

24  therefor,

25

26  _____

27  [1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Stipulation.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1      1.     The Stipulation is approved;

2      2.     The Complaint is dismissed, in its entirety, with prejudice.

Dated: January 31, 2017

_____

Hon. Virginia A. Phillips, Chief
U.S. District Judge

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002